|    |    |
|---|---|
| 1  | George Haines, Esq. |
| 2  | Nevada Bar No.: 9411 |
|    | Gerardo Avalos, Esq. |
| 3  | Nevada Bar No.: 15171 |
|    | **FREEDOM LAW FIRM** |
| 4  | 8985 S. Eastern Ave., Suite 350 |
|    | Las Vegas, Nevada 89123 |
| 5  | (702) 880-5554 |
| 6  | (702) 385-5518 (fax) |
|    | Ghaines@freedomlegalteam.com |
| 7  | *Counsel for Plaintiff Nichelle D. Campbell* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Nichelle D. Campbell, | Case No.: 2:21-cv-01544-JCM-BNW |
|---|---|
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Southern Capital Finance Group, LLC** |
| Southern Capital Finance Group, LLC, | |
| Defendant(s). | |

The dispute between Nichelle D. Campbell ("Plaintiff") and Southern Capital Finance Group, LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 29, 2021.

FREEDOM LAW FIRM

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Nichelle D. Campbell*

**Order**

IT IS ORDERED that a stipulation to dismiss is due by 11/30/2021.

**IT IS SO ORDERED**
**DATED:** 3:12 pm, September 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE - 1 -